# United States District Court
## For the Southern District of Il.

Charles Hewitt,               )
                              )          22-636-SMY
            Plaintiff          )
                              )
      vs.                      )          Case No. _____
                              )          *(The case number will be assigned by the clerk)*
ASUA K. Legge                  )
Secret Service Agent Gambo     )
U.S. Attorney for Central Il   )
U.S Attorney General           )
U.S Secret Service Director    )
Acting AG.                     )
Peoria County Sheriff          )
President Biden,               )
                              )
            Defendant(s)        )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☒   Unknown  *Civil Rights violation, 4ᵀʰ amendment  ?*

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Charles Hewitt

Prison Identification Number: 22622-026

Current address: FCl Greenville, P.O. box 5000

Greenville IL 62246

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: ASUA K. Legge

Current Job Title: U.S. Attorney, Central Dist. of Ill

Current Work Address 211 Fulton St # 400

Peoria IL 61602

Defendant #2:

Full Name: Scott Gombo

Current Job Title: SFO Secret Service/Dectiue for Sheriffs office

Current Work Address Peoria Co Sheriffs office, maxwell RD

Peoria IL

Defendant #3:

Full Name: Acting U.S. Attorney/Richard Kim

2

Current Job Title: Attorney for the United States/Richard Kim

Current Work Address 318 South 6th St, Springfield IL 62710-1806

Defendant #4:

Full Name: Acting U.S. Secret Service Director

Current Job Title: Supervisor of the Secret service Agents

Current Work Address 245 murray Ln, Sw Bldg +-5 washington

Defendant #5:

Full Name: Sheriff McCoy

Current Job Title: Current peoria county sheriff

Current Work Address Peoria Co. Sheriff's office, maxwell Rd. Peoria Il

Defendant #6:

Full Name: Acting U.S. Attorney General

Current Job Title: U.S. Attorney General

Current Work Address 950 Pennsylvania Ave, NW washington Dc 20530-0001

Defendant #7:

Full Name: Joe Biden

Current Job Title: President of the United States

Current Work Address 1600 penn. Ave washington D.C.

*For additional defendants, provide the information in the same format as above on a separate page.*

**Defendant #8:**

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

**Defendant #9:**

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

    The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in *federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number

_____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☐ No ☒

If your answer is no, explain why not _N/A to Legal issues_

_____

C. Is the grievance process completed? Yes ☐ No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Creve Coeur IL_

Date(s) of the occurrence _Sept. 18, 2018_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

When my residence was searched, my cell phone was taken. From there it disappeared until it was produced for the Grand Jury on inventory. Sometime in that 30 day period it was missing (Sept. 18 2018 to Oct. 2018 it was searched without a warrant to search the software specifically. Riley V. California 2014. That points to a chain of custody problem also. Evidence legaly seized during the execution of a search warrant must have a legaly secure chain of custody that can be produced in a court of law. Accoriding to my PACER docket there was no chain of custody at all. If the legaly required warrant was requested to search the software, it would have been noted on the PACER docket. But it's not. Did Secret Service Agent Scott Gambo belive he was above the law, thats able to break the law when it suits his desires without consequences?

As for the execution of the warrant. The was so many procedure violations there is no way any honorable court would have allowed it to stand. The ONLY thing Secret Service Agent Gambo did right was to spell the address right. As for the execution of the warrant, NOTHING was Legally done within the legal requirements of the law!

5

There was no written report done as to the execution of the warrant. No photo's or video was done to document how, and where evidence was found. Let alone to document serial numbers to establish any sort of legal chain of custody. So no solid chain of custody could be proven, beyond a reasonable doubt, in any way. And finally the court required a inventory to be returned with the executed warrant. Secret Service Agent Scott Gambo didn't turn it in until 11 months later.

Now you may ask, "How is ASUA Legge able to be held accountable for the misdeeds of Secret Service Agent Gambo?" Simple. ASUA Legge was aware of the misdeeds of Agent Gambo during the investigative stage and chose to ignore the issues and even go as far as to hide the fact that the evidence wasn't legaly useable an still proceed with charges. That making ASUA Legge along with any Supervisors of the Attorneys office along with President Biden, being the head of the U.S. Government.

And finally I want to be clear with the court. This suit will not change my conviction so its not bared under "Humphery. V. Heck"

6

## RELIEF REQUESTED

(State what relief you want from the court.)

$1,500 per day of Sentence X 420 months = $630,000
$630,000 X 7 defendents = 4,410,000
$4,410,000 X 9.9 for punitive damages = $43,659,000.00
$43,659,000.00 to be delivered in trust of the court
within 10 working days. All fees and taxes to be paid
by the defendents.

JURY DEMAND        Yes ☒        No ☐

Signed this ___22___ day of ___march___, 20_22_.

*Charles Hewitt*

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

8

C. Hewitt 22622-026
Federal Corr. Center
P.O. box 5000
Greenville IL
62246





U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL
62246
MAR 23, 22
AMOUNT
$0.00
R2305K134459-07

1099          62201

Melvin Price federal courthouse
750 Missouri Ave
East St. Louis, IL
62201

RECEIVED

MAR 28 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE